# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2025-2187
_____

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellant,

    v.

J. S.,

    Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
John Jay Gontarek, Judge.

March 31, 2026

PER CURIAM.

    AFFIRMED.

ROBERTS, KELSEY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andrew McGinley, General Counsel, Department of Children and Families, Tallahassee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee; Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellant.

Christopher Scott, Lynn Haven, for Appellee.